IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                           Cr. No. 04-20405-D

MARANDO BACHUS,

    Defendant.

---

## MOTION TO CONTINUE REPORT

---

COMES MARANDO BACHUS, with this, his motion to continue report date and would state and show the following to this Honorable Court:

1. By agreement, this matter is being brought by information before the State Criminal Court. Once this is accomplished and Defendant pleads guilty therein. At that time the U.S. Attorneys Office has agreed to dismiss the pending Federal Charges.

2. Counsel for the Defendant will be arguing before the Court of Appeals Tuesday, April 19 and will be unavailable to appear for this report date.

3. Counsel is certain that the AUSA will not object to this motion

WHEREFORE, premises considered, Defendant prays for a two-week continuance so that Counsel can report on the status of this case.

**MOTION GRANTED**
DATE: 4-18-2005

BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 4-19-05

Respectfully submitted,

_____
MARY C. JERMANN
Assistant Federal Defender
200 Jefferson Avenue, Suite 200
Memphis, TN 38103
(901) 544-3895

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Appearance has been forwarded to Mr. Greg Gilluly, Assistant U.S. Attorney, 167 N. Main, Suite 800, Memphis, TN 38103, this 18 day of April, 2005.

_____
MARY CAY JERMANN

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:04-CR-20405 was distributed by fax, mail, or direct printing on April 19, 2005 to the parties listed.

---

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT