IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

　　　　　Plaintiff,

vs.                                              Cr. No. 04-20405-D

MARANDO BACHUS,

　　　　　Defendant.

---

## MOTION TO CONTINUE REPORT

---

Comes now the defendant, Mr. Michael Sanders, through Counsel of record, Mary C. Jermann, with this, his motion to continue the report of this matter, currently set for May 19 at 9:00 am, before this Honorable Court, and would state and show the following:

1.　By agreement of the parties, this matter is to be resolved in the State Criminal Court. Counsel is waiting for a court date to be assigned.

2.　AUSA Greg Gilluli will not have any objection to this motion.

3.　Defendant requests a status setting one week out, so that this matter may be expedited.

WHEREFORE, PREMISES CONSIDERED, Defendant moves this Honorable Court for an order continuing this matter one week, so that the above matters can be resolved.

**MOTION GRANTED**
DATE 5-19-2005

BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet In compliance with Rule 55 and/or 32(b) FRCrP on 5-23-05

31

Respectfully submitted,


Mary C. Jermann

Assistant Federal Defender

200 Jefferson Street, Suite 200

Memphis, TN 38103

901) 544-3895


## CERTIFICATE OF SERVICE

The Office of the Federal Defender has this date delivered a copy of the foregoing to Mr.

Greg Gilluli, ASA, 8th Floor Federal Building, Memphis, TN 38103.

THIS 18 day of May, 2005.


Mary C.  Jermann

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:04-CR-20405 was distributed by fax, mail, or direct printing on May 23, 2005 to the parties listed.

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT