IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 SEP -9 AM 8: 10
THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                Cr. No. 04-20405-D

MARANDO BACHUS,

    Defendant.

## ORDER GRANTING PETITION FOR SPECIAL PRODUCTION OF INMATE

IT APPEARING TO THIS COURT THAT, upon the filed petition of the Defendant, statements of Counsel, there being no objection from the AUSA, that this petition for special production of inmate is well-taken and should be granted.

Upon pre-payment of costs, the U.S. Marshall's service shall transport Defendant Marando Bachus to the Methodist South Hospital for a bedside visit with Mr. Robert Sydney Bachus, Jr.

IT IS SO ORDERED

                                              /s/ Bernice Donald
                                              HONORABLE BERNICE B. DONALD
                                              DISTRICT COURT JUDGE

                                              DATE: September 8, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9/9/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 2:04-CR-20405 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT