IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 11 PM 3: 02

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Criminal No. 04-20405-D |
| MARANDO BACHUS, | ) | |
| Defendant. | ) | |

### ORDER DISMISSING INDICTMENT

This matter is before the court on the government's motion to dismiss the indictment with prejudice. In light of the government's motion and for good cause shown, it is the order of the court that Indictment 04-20405, is hereby dismissed with prejudice.

Judge Bernice B. Donald
United States District Court

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __10-11-05__



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 43 in case 2:04-CR-20405 was distributed by fax, mail, or direct printing on October 11, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT